Roger D.Bryant
P.O.Box 8274
Cranston, R.I. 02920

RECEIVED
AUG 14 2006
Property of U.S. District Court
District of Rhode Island

Clerk of Court
UNited States District Court
District of Rhode Island
One Exchange Terrace
119 Federal Building
Providence, R.I. 02903

Re: Extention of time;Casr No:06-321-ML August 10,2006

Dear Clerk:

I'm writing you in regards to the enclosed Order. When I recieved the Order I immediateley request that the DOC extract, from from my encumbered account, the five dollars for the filing fee. The reason I asked this is because I did not belive I had that amount in my available account. I have been trying despretly to get confermation that in fact the money was extracted and sent. But to no avail. So I'm requesting from you an extention of time so that when the pay's are posted on the 15th I will have the money to send. See enclosed.

Thank you for your time in considering this request.

Sincerely

Roger D. Bryant