**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ROGER D. BRYANT**

**V.** **C.A. No. 06 ~~-032~~ 321 ML**

**A.T. WALL**, Director, Rhode Island
Department of Corrections

**Memorandum and Order**

Presently before the Court is the motion of the pro se petitioner, Roger D. Bryant, to appoint counsel to represent him in this instant habeas corpus petition.

There is no constitutional right to representation by counsel in habeas corpus proceedings. Pennsylvania v. Finley, 481 U.S. 551, 107 S.Ct. 1990 (1987); Green v. Abrams, 948 F.2d 41, 46 (2nd Cir. 1993). However, counsel may be appointed under 28 U.S.C. § 2254(h) or 18 U.S.C. § 3006A and it is discretionary with the court when "the interests of justice so require." Factors to be considered include the complexity of the legal and factual issues, and the pro se litigants' ability to investigate the facts and present the claims. See Blasi v. Attorney General of the Commonwealth of Pennsylvania, 30 F. Supp.2d 481, 488(M.D. Pa. 1998).

Here, petitioner has adequately presented the facts and claims of his habeas petition to the court. Accordingly, petitioner's motion is **denied**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
August 31, 2006