**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ROGER D. BRYANT** | : | |
| | : | |
| **v.** | : | **C.A. 06-321ML** |
| | : | |
| **ASHBELL T. WALL, DIRECTOR OF** | : | |
| **THE DEPARTMENT OF CORRECTIONS** | : | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Now comes the State of Rhode Island, Respondent in the above-captioned matter, and respectfully asks leave to exceed the page limit for attachments prescribed by Court Order 2002-01. The State submits that the attachments are necessary due to the existence of state court materials, specifically the transcript, and in order to comply with Rule 5 of the rules governing §2254 cases.

Wherefore, the State of Rhode Island respectfully asks leave to exceed the five (5) page limit of attachments by no more than three hundred ninety-seven (397) pages in the above-captioned matter.

Respectfully Submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

/s/ Virginia M. Mcginn
**VIRGINIA M. McGINN, #4525**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
vmcginn@riag.ri.gov

## CERTIFICATION

I hereby certify that on the 5th day of September, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to Roger D. Bryant, Pro Se, P.O. Box 8274, Cranston, RI 02920.

/s/ Virginia M. McGinn