# Appendix #3

# Affidavit by Dr. Underwager

2

INSTITUTE for PSYCHOLOGICAL THERAPIES, 13200 Cannon City Boulevard, Northfield, Minnesota 55057-4405

IPT

. UNDERWAGER
.Div., Ph.D. *Director*
*icensed Psychologist*

. WAKEFIELD, M.A.
*icensed Psychologist*

January 28, 2000

Mr. Roger D. Bryant
P. O. Box 8274
Cranston, RI 02920

Dear Mr. Bryant:

I am enclosing a bibliographic printout listing articles relevant to anal findings. I am also enclosing our CVs and some other articles that may be of interest.

It is not clear to me if your interest is in anal reflex dilitation (anal wink) or claims made that a sphincter muscle is more relaxed than it ought to be assessed by inserting a finger or two or three in the anus. As to the science, both have been discredited as providing any information about prior sexual abuse. Neither can be used to prove that sexual abuse took place.

I was the only American expert invited by the crown to testify in the Cleveland (England) Inquiry which took six months to examine the claims based on anal findings. The report of the Cleveland Inquiry is the definitive word showing that there is no basis for using such findings to establish a claim of abuse.

At this point, should it be helpful to your case, you can be assured there is ample evidence to show that neither procedure can be used as proof.

[redacted]

Sincerely yours,

Ralph Underwager

Ralph Underwager, Ph.D.
Licensed Psychologist

40-A

Voice: (507) 645-8881 Fax: (507) 645-8883 E-mail: under006@tc.umn.edu WWW Page: ipt-forensics.co

12

# Vita

# RALPH CHARLES UNDERWAGER

**Address:**

Institute for Psychological Therapies
13200 Cannon City Blvd.
Northfield, MN 55057
(507) 645-8881; fax (507) 645-8883
under006@tc.umn.edu

**Education:**

| | | |
|---|---|---|
| 1 | University of Minnesota, Minneapolis, MN | Ph.D. 1970 |
| 2 | Concordia Seminary, St. Louis, MO (Class work completed for Th.D., 1965) | |
| 3 | Concordia Seminary, St. Louis, MO | B.A. 1951; M.Div. 1955 |
| 4 | Concordia College, Milwaukee, WI | 1949 |
| 5 | Concordia High School, Milwaukee, WI | 1947 |

**Employment:**

| | | |
|---|---|---|
| 1 | Director, Institute for Psychological Therapies | 1974–present |
| 2 | Associate Pastor, Family of Christ Lutheran Church, Chanhassan, MN | 1980–1983 |
| 3 | Assistant Pastor, Christ Church Lutheran, Minneapolis, MN | 1966–1976 |
| 4 | Associate Professor of Psychology, Pacific Lutheran University, Tacoma, WA (Visiting professor for the summer session) | 1973 |
| 5 | Associate Professor, St. Olaf College, Northfield, MN | 1972–1975 |
| 6 | Research Scientist, Youth Research Center, Minneapolis, MN | 1969–1972 |
| 7 | Staff Psychologist, Nicollet Clinic, Minneapolis, MN | 1965–1972 |
| 8 | Fellow In Mental Health, Wheat Ridge Foundation | 1962–1970 |
| 9 | Pastor, Grace Lutheran Church, Boulder, CO | 1958–1962 |
| 10 | Pastor, Zion Lutheran Church, Hiawatha, IA and St. Paul Lutheran Church, Mt. Vernon, IA | 1955–1958 |
| 11 | Pastor, Lynwood Lutheran Church Lynwood, CA | 1952–1954 |

Read bottom of #40 (m)

40-B

**Research Projects:**

| | |
|---|---|
| Clergy Youth Project (NIMH funded), Youth Research Center | 1971–1972 |
| Project Youth (NIMH funded), Youth Research Center | 1970–1972 |
| Study of Generations (Foundation funding), Youth Research Center | 1969–1972 |
| Statistical Ecclesiology, Wheat Ridge Foundation | 1968–1969 |

**Professional Associations and License:**

Licensed Psychologist, State of Minnesota, 1974

Member: American Psychological Association
Minnesota Psychological Association
Lutheran Academy for Scholarship (Director of Research, 1964–1969)
National Registry of Health Providers in Psychology
American Psychological Society
American College of Forensic Psychology
American Psychology-Law Association
Society for the Scientific Study of Sex
National Council for Children's Rights
Society for Scientific Clinical Psychology
American Association for Applied and Preventive Psychology
Committee for the Scientific Investigation of Claims of the Paranormal

Fellow: American Psychological Society, elected January, 1998

**Books and Book Chapters:**

Strommen, M. P., Brekke, M. L., Underwager, R. C., & Johnson, A. L. (1972). *A Study of Generations*. Minneapolis, MN: Augsburg Publishing House.

Underwager, R. (1973). *I Hurt Inside*. Minneapolis, MN: Augsburg Publishing House.

Underwager, R. (1973). Providence and psychology. In C. S. Meyer and H. T. Meyer (Eds.), *The Caring God* (pp. 93–112). St. Louis: Concordia Publishing House.

Underwager, R. (1973). What's beyond freedom and dignity? In C. Hatfield (Ed.), *The Scientist and the Ethical Decision* (pp. 131–146). Downer's Grove, IL: InterVarsity Press.

Fletcher, K. R., Norem-Hebeisen, A., Johnson, D. W., & Underwager, R. C. (1974). *Extend: Youth Reaching Youth*. Minneapolis, MN: Augsburg Publishing House.

Wakefield, H., & Underwager, R. (1988). *Accusations of Child Sexual Abuse*. Springfield, IL: Charles C. Thomas.

Underwager, R., & Wakefield, H. (1990). *The Real World of Child Interrogations*. Springfield, Illinois: Charles C. Thomas.

8 Wakefield, H., Underwager, R., & Legrand, R. (1992). Interrogation of children. In B. Rossen & J. Schuijer (Eds.), *Het Seksuele Gevaar voor Kinderen; Mythen en Feiten.* Amsterdam: Swets and Zeitlinger B.V., Lisse, The Netherlands.

9 Underwager, R., & Wakefield, H. (1992). Prosecution and child sexual abuse. In B. Rossen & J. Schuijer (Eds.), *Het Seksuele Gevaar voor Kinderen; Mythen en Feiten.* Amsterdam: Swets and Zeitlinger B.V., Lisse, The Netherlands.

10 Underwager, R., & Wakefield, H. (1993). Maximizing positive psychological outcomes in premarital contracts. In E. Winer & L. Becker (Eds.), *Premarital and Marital Contracts* (pp. 217–228). Family Law Publication. Washington, DC: American Bar Association.

11 Wakefield, H., & Underwager, R. (1994). *Return of the Furies: An Investigation into Recovered Memory Therapy.* Chicago: Open Court Publishing Company.

12 Wakefield, H., & Underwager, H. (1994). The alleged child victim and real victims. In J. J. Krivacska & J. Money (Eds.), *Handbook of Forensic Sexology* (pp. 223-264). Buffalo, New York: Prometheus Books.

13 Underwager, R., & Wakefield, H. (1994). A paradigm shift for expert witnesses. In J. J. Krivacska & J. Money (Eds.), *Handbook of Forensic Sexology* (pp. 541-558). Buffalo, New York: Prometheus Books.

14 Underwager, R., & Wakefield, H. (1995). Special problems with sexual abuse cases. In J. Ziskin, *Coping with Psychiatric and Psychological Testimony, Fifth Edition* (pp. 1315-1370). Venice, CA: Law and Psychology Press.

15 Underwager, R., & Wakefield, H. (1997). Special problems with sexual abuse cases: Supplement. In J. Ziskin, *Coping with Psychiatric and Psychological Testimony, Supplement to the Fifth Edition* (pp. 136-147).Venice, CA: Law and Psychology Press.

16 Wakefield, H., & Underwager, R. (1998). The application of images in child abuse investigations. In J. Prosser (Ed.), *Image-based research: A Sourcebook for Qualitative Researchers* (pp. 176-194). London: Falmer Press, Ltd.

17 Underwager, R., & Wakefield, H. (1998). Recovered memories in the courtroom. In S. J. Lynn & K. McConkey (Eds.), *Truth in Memory* (pp. 394–434). New York: Guilford Press.

18 Underwager, R., & Wakefield, H. *Free for a Good Life.* Unpublished manuscript.

**Articles and Papers:**

1 Johnson, A. & Underwager, R. (1974). Age differences and dimensions of religious behavior, *Journal of Social Issues, 30.*

2 Underwager, R. (1983). *Use of expert witnesses in family law trials: Family law and the expert witness.* Paper presented at the 4th Annual Family Law Institute in Minneapolis, Minnesota.

3 Underwager, R., Wakefield, H., Legrand, R., Bartz, C., & Erickson, J. (1986, August). *The Role of the Psychologist in the Assessment of Cases of Alleged Sexual Abuse of Children.* Paper presented at the 94th Annual Convention of the American Psychological Association in Washington, DC.

4 Underwager, R., & Wakefield, H. (1986). Response to a proposed central registry at the request of the Tennessee Civil Liberties Union.

5 Underwager, R., & Wakefield, H. (1987). The role of the psychologist in assessment of cases of alleged sexual abuse of children. *The Champion, XI,* (1).

6 Wakefield, H., & Underwager, R. (1988, March). *Scale 6 Elevations in MMPIs of Persons Accused of Child Sexual Abuse,* Study presented at the 23rd Annual Symposium on Recent Developments in the Use of the MMPI, St. Petersburg, Florida.

7 Wakefield, H., & Underwager, R. (1989). Evaluating the child witness in sexual abuse cases: Interview or inquisition? *American Journal of Forensic Psychology, 7* (3), 43–69.

8 McIver, W., Wakefield, H., & Underwager, R. (1989). Behavior of abused and non-abused children in interviews with anatomically-correct dolls. *Issues in Child Abuse Accusations, 1*(1), 39–48.

9 Legrand, R., Wakefield, H., & Underwager, R. (1989). Alleged behavioral indicators of sexual abuse. *Issues in Child Abuse Accusations, 1*(2), 1–5.

10 Underwager, R., & Wakefield, H. (1989). Psychological evaluation of an alleged sexual abuse victim by the defense. *Issues in Child Abuse Accusations, 1*(2), 26–27

11 Wakefield, H., & Underwager, R. (1989). Manipulating the child sexual abuse system. *Issues in Child Abuse Accusations, 1*(2), 58–67.

12 Underwager, R., & Wakefield, H. (1989). Prosecution and child abuse. *Issues in Child Abuse Accusations, 1*(3), 28–38.

13 Underwager, R., Clauss, E., & Wakefield, H. (1990). A suggested civil action when falsely accused. *Issues in Child Abuse Accusations, 2,* 27–51.

14 Underwager, R., & Wakefield, H. (1990, March 13). *Day care allegations: 35 cases reviewed.* Paper presented at the Sixth Annual Symposium in Forensic Psychology in Las Vegas, Nevada.

15 Rossen, B., Wakefield, H., & Underwager, R. (1990). De waarde van "anatomimisch correcte popper" als bewijsmiddel. *Tijdschrift voor Seksuologie, 14,* 20–28.

16 Underwager, R., & Wakefield, H. (1990). New directions for the psychologist in child sex abuse cases. In the conference manuscript on *Defending a Case of Child Sexual Abuse,* Raleigh, NC: The North Carolina Academy of Trial Lawyers.

17 Underwager, R., Wakefield, H., & Kiefer, L. (1990). Brief *Amicus Curiae* in the Supreme Court of the United States No. 89-478 in State of Maryland v. Sandra Ann Craig, April, 1990.

18 Wakefield, H., & Underwager, R. (1990). Personality characteristics of parents making false accusations of sexual abuse in custody disputes. *Issues in Child Abuse Accusations, 2,* 121–136.

19 Underwager, R. (1990). Confrontation clause revisited: Supreme Court decisions. *Idaho v. Wright,* and *Craig v. Maryland:* A psychologist's response. *Issues in Child Abuse Accusations, 2,* 167–173.

20 Wakefield, H., & Underwager, R. (1990, August). Effective use of a mental health expert in child sexual abuse cases. *The Champion,* pp. 21–25.

21 Underwager, R., & Wakefield, H. (1990). *How to avoid secondary victimization in child sexual abuse investigations.* Presented at the Fifth Annual Conference of the National Council for

22 Children's Rights, Arlington, Virginia, October 20, 1990. Also printed in *Stepfamilies*. 1991, Summer issue, pp. 6–7.

23 Wakefield, H., Rogers, M., & Underwager, R. (1990). Female sexual abusers: A theory of loss. *Issues in Child Abuse Accusations, 2,* 181–195.

24 Wakefield, H., & Underwager, R. (1991). Sex offender treatment. *Issues in Child Abuse Accusations, 3,* 7–13.

25 Underwager, R., & Wakefield, H. (1991, June 16). *Child sexual abuse and real world research.* Paper presented at the Third Annual Convention of the American Psychological Society, Washington, D.C.

26 Underwager, R., & Wakefield, H. (1991). Cur Allii, Prae Aliis? (Why some, and not others?) (1991). *Issues in Child Abuse Accusations, 3,* 178–193. (Special issue on satanic ritual abuse allegations).

27 Wakefield, H., & Underwager, R. (1991). Female child sexual abusers: A critical review of the literature. *American Journal of Forensic Psychology, 9*(4), 43–69.

28 Wakefield, H., & Underwager, R. (1991). Sexual abuse allegations in divorce and custody disputes. *Behavioral Sciences & the Law, 9,* 451–468.

29 Underwager, R., & Wakefield, H. (1991). Central registry: Protection or oppression? *Issues in Child Abuse Accusations, 3,* 221–227.

30 Underwager, R., & Wakefield, R. (1992). Poor psychology produces poor law. *Law and Human Behavior, 16,* 233–243.

31 Wakefield, H., & Underwager, R. (1992). Assessing credibility of children's testimony in ritual sexual abuse allegations. *Issues in Child Abuse Accusations, 4,* 32–44.

32 Underwager, R., & Wakefield, H. (1992). False confessions and police deception. *American Journal of Forensic Psychology, 10*(3), 49–66.

33 Underwager, R., & Wakefield, H. (1992). The Christian and Satanism. *The Journal of Psychology and Theology, 20,* 281–287. In the same issue, "A veil untaken away": A reply to Arnold, 292–294.

34 Wakefield, H., & Underwager, R. (1992). Recovered memories of alleged sexual abuse: Lawsuits against parents. *Behavioral Sciences & the Law, 10,* 483–508.

35 Wakefield, H., & Underwager, R. (1992). Uncovering memories of alleged sexual abuse: The therapists who do it. *Issues in Child Abuse Accusations, 4,* 197–213.

36 Wakefield, H., & Underwager, R. (1993). Misuse of psychological tests in forensic settings. *American Journal of Forensic Psychology, 11*(1), 55–75.

37 Underwager, R., & Wakefield, H. (1993). Antisexuality and child sexual abuse, *Issues in Child Abuse Accusations, 5,* 72–77.

38 Underwager, R., &Wakefield, H. (1993, May 21). *Psychological evaluations you need for trial: What they can and cannot do.* Paper presented at a seminar on child sexual abuse presented by the ATLA and the NACDL, Las Vegas, Nevada.

39 Wakefield, H., & Underwager, R. (1993, May 8). *Therapy and the therapists who uncover memories of childhood sexual abuse.* Paper presented at the 1993 Annual Meeting of the Minnesota Psychological Association, Minneapolis, Minnesota.

40 Underwager, R., & Wakefield, H. 1993). Adverse psychological evaluations in civil suits involving sexual misconduct by professionals. *American Journal of Forensic Psychology, 11*(4), 35–60.

41 Underwager, R. (1993, October 15). *A reasoned response to feminism.* Paper presented to the National Council on Men's and Children's Rights, Kansas City, Kansas.

42 Underwager, R., & Wakefield, H. (1993). A paradigm shift for expert witnesses. *Issues in Child Abuse Accusations, 5,* 156–167.

43 Wakefield, H., & Underwager, R. (1994). Abusive behaviors alleged in two samples of likely false allegations. *Issues in Child Abuse Accusations, 6,* 72–86.

44 Underwager, R., & Wakefield, H. (1995). Psychological evaluations you need for trial: What they can and cannot do, *Issues in Child Abuse Accusations, 7,* 30–52.

45 Underwager, R., & Wakefield, H. (1996). Responding to improper and abusive impeachment efforts. *American Journal of Forensic Psychology, 14*(3), 5-24.

46 Underwager, R., & Wakefield, H. (1996). *A proposed model for treatment of pedophilia.* Workshop paper presented at the Western Region of the SSSS, April 18, San Diego, California.

47 Wakefield, H., & Underwager, R. (1996). *Examples of cognitive distortions and denial in child sexual abusers.* Workshop paper presented at the Western Region of the SSSS, April 18, San Diego, California.

48 Underwager, R. (1996). A response to "Recovered Memories of Abuse: Assessment, Therapy, Forensics" by Kenneth Pope and Laura Brown. *Issues in Child Abuse Accusations, 8*(3/4), 187-191.

49 Underwager, R., & Wakefield, H. (1996). Therapeutic influence in DID and recovered memories of sexual abuse. *Issues in Child Abuse Accusations, 8*(3/4), 160-169.

50 Wakefield, H., & Underwager, R. (1996). Commentary on Kenneth Pope's review. *Clinical Psychology: Science and Practice, 3*(4), 366-371.

51 Wakefield, R. & Underwager, H. (1997). *The taint hearing: Issues for forensic psychologists.* Paper presented at the 13th Annual Symposium in Forensic Psychology, April 17, Vancouver.

52 Wakefield, H., & Underwager, R. (1998). *Assessing violent recidivism: Issues for forensic psychologists.* Paper presented at the 14th Annual Symposium in Forensic Psychology, May 3, San Francisco.

53 Wakefield, H., & Underwager, R. (1998). Coerced or nonvoluntary confessions. *Behavioral Sciences & the Law, 16,* in press.

Psychology Editor, *Issues in Child Abuse Accusations,* Institute for Psychological Therapies.

40-G

**Seminars, Workshops and Lectures:**

1 Has presented seminars, workshops, retreats, and lectures at pastoral conferences, churches, and professional meetings.

2 *The following is a partial list of presentations, consultations, workshops and seminars on the topics of sexuality, child abuse, and professional issues.*

3 Consultation with the staff and therapy programs for Jude House, a half-way house for sex offenders, 1974 to 1977.

4 Address on "Law and Lawlessness" at the Volunteers of American Annual Man of the Year award meeting, Minneapolis, Minnesota, 1976 (honoring Judge Lindsay Arthur as man of the year).

5 Workshop on behavioral pastoral counseling, Minneapolis, 1977.

6 Two-day program on stress management for pastors at AELC district conference in Las Vegas, Nevada, 1978.

7 Workshop on stress management for the staff of residences for the mentally retarded, Minneapolis, 1979.

8 Intensive in-service training program on sexuality for adolescent chemical dependency counselors at an inpatient chemical dependency unit, Deaconess Hospital, 1978.

9 Professional workshop on sexuality and intimacy given to Lutheran Social Services of Omaha, Nebraska, 1980.

10 In-service workshop on sexuality and the retarded for the staff of Willmar State Hospital, 1980.

11 Marriage Enrichment Retreats for churches in 1980, 1981 and 1982.

12 Seminar on stress management for accountants, 1981.

13 Presentation to the National Pastors' Conference in Zion, Illinois, on the relationship between psychology and theology, 1981.

14 Consultation and workshop on sexuality and sexual harassment in the workplace for 3-M Employment Assistance Counselors, 1983.

15 Presentation on psychologist as an expert witnesses for the 4th Annual Family Law Institute, Minneapolis, 1983.

16 Presentations on theology and psychology for Missouri Synod district pastors conferences, 1983 and 1984.

17 Seminar on sexuality in the workplace for the Minnesota Woman's Network, 1984.

18 Workshops and lectures on child abuse for a conference on child abuse given by Lutheran Social Services of Thunder Bay, Ontario, February, 1984.

19 Workshop on children's versus parents' rights for the Minnesota Council on Family Relations, 1985.

20 Workshops on children as witnesses and on recent research on child sexual abuse at the 1st VOCAL conference, Minneapolis, November, 1985.

21 Consultation with the American Lutheran Church family life subcommittee on homosexuality and the church's ministry, 1985.

22 Presentation made to the Attorney General's task force on child abuse within the family, 1986.

23 Presentation to Minnesota State Legislature hearings on therapists' sexual involvement with clients, 1986.

24 Symposium on assessing child sexual abuse at the 94th Annual Convention of the American Psychological Association in Washington, DC. (Other participants were Sue White, David Lloyd, and Larry Spiegel.)

25 Presentation on theology and psychology for the annual conference of pastors of the American Lutheran church, Zion, Illinois, 1986.

26 Presentation on the role of the professional in child sexual abuse allegations at the 2nd VOCAL conference, Torrance, California, October, 1986.

27 Presentations on using the psychologist as an expert witness and on stress management for attorneys at the Minnesota and Florida family law attorneys symposium, Key Biscayne, Florida, January, 1987.

28 Presentation to Minnesota Confessional Lutheran pastors on ministering to homosexuals in the congregation, Mankato, Minnesota, 1987.

29 Presentation on defending cases of sexual abuse of children to the Association of Trial Lawyers of Iowa, Des Moines, Iowa, September, 1987.

30 Keynote speaker and presentation on discovery in child sexual abuse cases at the 3rd VOCAL conference, Perrysburg, Ohio, October, 1987.

31 Two-day seminar for the Mississippi Public Defenders on defending child sexual abuse cases, November, 1987.

32 Invited testimony on child sexual abuse at a governmental Judiciary inquiry (Cleveland Middlesbrough Inquiry) in Great Britain, December 14, 1987.

33 Presentation to the Wisconsin Defense Attorneys Association on the appropriate way to interview children in sexual abuse cases, April, 1988.

34 Workshops on sexual abuse issues for the Sixteenth Annual Public Defender Training Seminar in Kentucky, June, 1988.

35 Seminar on child sexual abuse for the North Dakota Trial Lawyers Association, June, 1988.

36 Appearance on television program in London, United Kingdom, "After Dark," July, 1988.

37 Presentation to the New York Chapter of the American Academy of Matrimonial Lawyers on the use of the anatomical dolls in the validation process of child sexual abuse, September, 1988.

38 Presentation to the Vanderburgh County (Indiana) Sheriff's Department on investigation and trial preparation in child sexual abuse cases, November, 1988.

39 One day presentation at the Tennessee Association of Criminal Defense Lawyers Conference (a two- day workshop for attorneys and mental health professionals) on various aspects of the child sexual abuse case, December, 1988.

40 Presentation on techniques for interviewing children in sexual abuse cases at the Fifth Annual Symposium in Forensic Psychology in San Diego, California, April, 1989.

41 Seminars for attorneys and mental health professionals on "Investigation and Trial Preparation in Child Sexual Abuse Cases" in Adelaide, Sydney, Brisbane, Hobart, and Melbourne (Australia) in June, 1989.

42 Consultation with journalists, mental health professionals and government officials regarding sexual abuse accusations in Christchurch, New Zealand, December, 1989.

43 Panel discussion on "Discovery of 'truth' in legal proceedings: Current state of the art" at the Sixth Annual Symposium in Forensic Psychology in Las Vegas, Nevada, March, 1990.

44 Presentation on false accusations of sexual abuse by spouses in disputed custody cases at the Sixth Annual Symposium in Forensic Psychology in Las Vegas, Nevada, March, 1990.

45 Report writing workshop panel member at the Sixth Annual Symposium in Forensic Psychology in Las Vegas, Nevada, March, 1990.

46 Presentation to the North Carolina Academy of Trial Lawyers on psychological testimony in cases of alleged child abuse, March 1990.

47 Poster session on personality characteristics of falsely accusing parents in custody disputes at the Second Annual Convention of the American Psychological Society in Dallas, Texas, June 9, 1990.

48 Testimony on improving the child sexual abuse investigation before a Colorado Legislative Committee, July, 1990.

49 Chaired symposium on false accusations of sexual abuse in divorce and custody disputes at the 98th Annual Convention of the American Psychological Association in Boston, August 14, 1990. (Participants were Hollida Wakefield, Martha Rogers, Deidre Rand, Gordon Blush, Karol Ross, James Krivacska, and Robert Howell.)

50 Presentations on sexual abuse allegations in day care at the National Association of State Vocal Organizations in Sunnyvale, California, September 22, 1990.

51 Keynote speaker at the Fifth Annual Conference of the National Council for Children's Rights, Arlington, Virginia, October 20, 1990.

52 Presentations to the Northwest Regional Adolescent Sexual Offender Seminar on false allegations of sexual abuse and on interviewing children to permit maximally reliable statements, Coeur d'Alene, Idaho, October 24, 1990.

53 Consulted and/or gave seminars in the Netherlands and Germany at the Universiteit van Amsterdam; Universiteit van Utrecht; Netherlands Institute for Social Sexological Research, Utrecht; Vrij Universiteit van Amsterdam; National and City police in Gronigen; Rijksuniversiteit Gronigen; Institut für Forensische Psychiatrie at the Free Universität Berlin; Universität zu Koln in October and November, 1990.

54 Workshop on more effective child interviewing techniques in sexual abuse allegations presented to the Seventh Annual symposium in Forensic Psychology, May 2, 1991, Newport Beach, California.

55 Presentation on female sexual abusers to Seventh Annual Symposium in Forensic Psychology, May 4, 1991, Newport Beach, California.

56 Symposium on the importance of real world research on social problems at the Third Annual Convention of the American Psychological Society, June 16, 1991, Washington, D.C. (Other participants were Hollida Wakefield, Robyn Dawes, Ebbe Ebbeson, and Hal Arkes.)

57 One-day workshop on conducting evaluations of child abuse allegations presented to social workers, psychologists, court services workers, and law enforcement personnel at St. Rita's Medical Center, Lima, Ohio, September 13, 1991.

58 Symposium on the myths of ritual sexual abuse at the 1991 Annual Meeting of the Society for the Scientific Study of Sex, New Orleans, Louisiana, November 8, 1991. (Otherparticipants were Jeffrey Victor, Debbie Nathan, George Ganaway, and Hollida Wakefield.)

59 Presentation on exploring traumatic memories in Richardson, Texas, March 20, 1992.

60 One-day workshop on claims of recovered memory of repressed sexual abuse, Plano, Texas, March 21, 1992.

61 Presentation on false confessions and police deception at the Eighth Annual Symposium in Forensic Psychology, San Francisco, California, April 11, 1992.

62 Presentation on the misuse of psychological tests in forensic settings at the Eighth Annual Symposium in Forensic Psychology, San Francisco, California, April 12, 1992.

63 Presentation on claims of recovered memory of repressed sexual abuse and the recovered memory questionnaire project at the Midwest area False Memory Syndrome Foundation Meeting, Benton Harbor, Michigan, April 25, 1992.

64 Seminar on claims of recovered memory of repressed sexual abuse sponsored by NASVO, Victoria, British Columbia, Canada, May 9, 1992.

65 Symposium on remembering "repressed" abuse: Initial research, theoretical analysis, and evaluation of the claims, at the Fourth Annual Convention of the American Psychological Society, June 20, 1992, San Diego, California. (Other participants were Hollida Wakefield, Robyn Dawes, Martha Rogers, and Elizabeth Loftus.)

66 Keynote speaker and one-day workshop at the Butte County Child Abuse Council's Sixteenth Annual Conference, Chico, California, October 10, 1992.

67 Presentation on recovered memories of alleged repressed abuse at the National Conference of VOCAL/NASVO, Sunnyvale, California, October 17, 1992.

68 Symposium on antisexuality in the child abuse system at the 1992 Annual Meeting of the Society for the Scientific Study of Sex, San Diego, California, November 15, 1992. (Other participants were Hollida Wakefield, Jeffrey S. Victor, James J. Krivacska, and William Seabloom.)

69 Presentation on child sexual assault at a conference at the Duke University School of Law, "Frontiers of Legal Thought," Durham, North Carolina, January 23, 1993.

70 Presentation on the FMSF family survey at the FMS Foundation conference, "Memory and Reality: Emerging Crisis," Valley Forge Pennsylvania Convention Center, April 16, 1993.

71 Presentation on performing adverse psychological evaluations at the Ninth Annual Symposium in Forensic Psychology, Santa Fe, New Mexico, May 1, 1993.

72 Chaired symposium on iatrogenic therapy in claims of recovered memories of childhood abuse at the Annual Meeting of the Minnesota Psychological Association, Minneapolis, Minnesota, May 8, 1993. (Other participants were Hollida Wakefield, Pamela Freyd, Martha Rogers, and Joseph Erickson.)

73 Presentation on psychological evaluations needed for trial at a seminar sponsored by the ATLA and NACDL, The Deadliest Accusation: Child Sexual Abuse in the 90s, Las Vegas, Nevada, May 21, 1993.

74 Workshop on interviewing children in allegations of child sexual abuse presented to the Quebec Psychological Society, Montreal, Quebec, May 26, 1993.

75 One-day seminar on distinguishing between true and false allegations of child sexual abuse sponsored by the Community Awareness Project, Saskatoon, Saskatchewan, June 19, 1993.

76 Seminar on sexual abuse allegations and assessment of sex offenders presented to the 1993 Annual Convention of the International Conference of Consultation and Residential Centers, Boca Raton,Florida, Septemberll, 1993.

77 Presentation on the child witness and *Daubert vs. Merrell Dow Pharmaceuticals* at the Ninth Annual NASVO/VOCAL Conference, St. Louis, Missouri, September 25, 1993.

78 Presentation on feminism to the National Council on Men's and Children's Rights, Kansas City, Kansas, October 15, 1993.

79 Presentation on the types of abusive behaviors alleged in two samples of likely false allegations at the Annual Meeting of the Society for the Scientific Study of Sex, Chicago, November 6, 1993.

80 Presentation on psychological testing in sexual abuse allegations in divorce and custody disputes at the Indiana Bar Association meeting on the Parental Alienation Syndrome and child Abuse Allegations in Child Custody Cases, Indianapolis, Indiana, March 4, 1994.

81 Presentation on psychological evaluations needed for trial at a seminar sponsored by the NACDL, The Deadliest Accusation II: Child Sexual Abuse in the 90s, Washington, DC, April 8–9, 1994.

82 Presentation on fighting junk science with *Daubert vs. Merrell Dow* at the Tenth Annual Symposium of the American College of Forensic Psychology, Montreal, Canada, May 15, 1994.

83 Presentation on psychological evaluations in sexual abuse cases at the Nebraska Criminal Defense Attorneys Association, Lincoln, Nebraska, October, 28, 1994.

84 Roundtable discussion on the roots and evolution of recovered memory therapy at the Memory and Reality conference of the False Memory Syndrome Foundation, Baltimore, Maryland, December 9, 1994.

85 Presentation on responding to improper and abusive impeachment at the Eleventh Annual Symposium of the American College of Forensic Psychology, San Francisco, California, May 4–7, 1995.

86 Organized symposium entitled "Training for what? Soothsayer or Scientist" at the American Psychological Society, New York, New York, July 2, 1995. Participants were Robyn M. Dawes, Terence W. Campbell, and Bonnie Stricklund.

87 Presentation entitled "The Tyranny of the Therapeutic State" at the First International Forum on Child Protectors and Clients, The Netherlands, June 28–30, 1995.

88 Roundtable discussion on the question, "Do 'perpetrators' hide themselves in clients' organizations?" at the First International Forum on Child Protectors and Clients, The Netherlands, June 28–30, 1995

89 Provided invited testimony at hearings on H.R. 1855, a bill before the United States House of Representatives, August 4, 1995.

90 Presentation at the Eleventh Annual NASVO/VOCAL Conference, Tucson, Arizona, September 9, 1995.

91 Presentation at the Missouri State VOCAL conference, St. Louis, Missouri, September 30, 1996.

92 Provided invited testimony to the Florida Senate subcommittee on child abuse investigations on January 19, 1996 and March 8, 1996.

93 Presentation on therapeutic influence in multiple personality disorder at the Fourteenth Annual Symposium in Forensic Psychiatry, March 21-24, 1996, New Orleans, Louisiana.

94 Workshop presented at the Western Region of the SSSS on adult/child sexual contact: history, research, and analysis, San Diego, California, April 18, 1996. Other participants were Vern L. Bullough, Bruce Rind, Paul Okami, and Hollida Wakefield.

95 Presentation at the National VOCAL conference, Niagara Falls, New York, September 27, 1996.

96 Presentation of workshops and seminars on investigation, intervention, and treatment for child physical and sexual abuse in four cities in Hungary, September 30-October 5, 1996. The cities were Budapest, Kecskemét, Nyiregyhazá, and Debrecen. The sponsoring institutions included universities, medical schools, and the Institute for Child and Youth Care of Budapest. Participants included judges, police officers, teachers, students, physicians, psychologists, social workers, and child protection workers.

97 Presentation on taint hearings—issues for forensic psychologists at the Thirteenth Annual Symposium in Forensic Psychology, April 17, 1997, Vancouver, British Columbia.

98 Workshop on suggestibility issues in child sexual assault interviews at the New Hampshire Public Defender statewide training conference, May 30, 1997.

99 Presentation on assessing violent recidivism at the Fourteenth Annual Symposium of the American College of Forensic Psychology, San Francisco, California, May 3, 1998.

*Across the last 45 years Dr. Underwager has been involved in a professional capacity with sexual abuse of children in over 1000 cases. Since beginning private practice as a psychologist in 1965, one-third to one-fifth of the practice has been children. While this has included the full range of childhood disorders, the practice has also included sexually abused children. Dr. Underwager has testified for the prosecution and/or for plaintiffs in civil action as well as for defense. Dr. Underwager and Hollida Wakefield conducted therapy programs for a community-based treatment program for sex offenders from 1974 to 1977.*