# Appendix #4

# Affidavit by Dr. Friedlander

1750 Independence Blvd.
KC MO 64106
March 4, 2000

Tel-(816) 283-2200

Roger D. Bryant
Box 8274
Cranston, Rhode Island 02920

Dear Mr. Bryant:

I have reviewed your letter in which you explain the circumstances of your conviction of a sex crime, including the "relaxation reflex" business. I have also reviewed the Wakefield article, the Kern County case, and the direct examination of Nurse O'Connor.

Evidently Nurse O'Connor believes and teaches that failure of the anus to constrict when the buttocks are spread is a marker for child sexual abuse. She calls this the "relaxation reflex". She also said that the only other cause she knew is chronic constipation, and that she had reviewed the literature on the subject.

The "relaxation reflex" is something that ordinary pediatricians and gastroenterologists talk about when looking at problems that cause constipation, such as Hirschsprung's disease, Crohn's disease, idiopathic constipation, nerve disease, and so forth. Apart from this, I've not heard this term applied to the anorectum.

I am not sure whether Nurse O'Connor is really referring to retraction / elevation of the anus (i.e., contracting the levator ani muscles) or to constriction / narrowing of the anal ring (i.e., contraction of the anal sphincter.) On page 325 lines 21 and 22, she uses the word "rectum" when she obviously means "anus".

Failure of contraction of the levator ani muscle really couldn't be a marker for sexual abuse. Even a passive male homosexual who has lost sphincter tone from nerve and/or connective tissue damage from repeated penetration will have an intact, properly innervated, and functioning levator ani muscle.

→ If Nurse O'Connor is referring to actual constriction and dilation of the anal sphincter, she's plain wrong. The term "relaxation reflex" isn't in any refereed literature which I could find on sexual abuse, nor was there anything about the significance of not seeing an initial anal wink. But there was a claim in the late 1980's that reflex dilation of the anus was a marker for sexual abuse or constipation. (The reasoning must have been that the smooth muscle and/or the nerves had been damaged or -- if you believe that it's possible -- that the muscle had learned to dilate to avoid damage.)

It turns out that as soon as somebody checked out a group of children for whom there was no real suspicion of abuse, reflex anal dilation proved to be extremely common. This was known as far back as 1989, and got two half-pages in the British Medical Journal (298: 802-3, 1989) from a group in Birmingham, England.

42-A

See Exhibit #28(A)

The big review article on the normal, non-abused child's anus came soon after. The study was by McCann and colleagues, funded by the state of California, in Child Abuse & Neglect 13: 179-193, 1989. Nurse O'Connor should know this journal. The authors found that anal dilation under 20 mm is commonplace in non-abused children and is worthless as a marker for sexual abuse. And the "relaxation reflex" isn't even mentioned, though there is something about the time it takes for the anus to relax after the buttocks are spread. The authors found a wide range among non-abused chidren. A few non-abused children never even showed the usual wrinkles initially.

I performed a search on the NIH database at PubMed and wasn't surprised to discover exactly nothing on "relaxation reflex" or "reflex relaxation" as a marker for anal sodomy. This fact, plus the fact that as far back as 1989 it was known that reflex anal dilation was not a marker for child sexual abuse, raises questions about how Nurse O'Connor could have been telling the truth when she described her "review of the literature."

If important decisions are being made on this kind of testimony, the state of Rhode Island has a real problem. I am not a lawyer, but "Daubert", the decision by the Supreme Court about junk science, might be applicable.

Of course, when Nurse O'Connor said that a millimeter is "a little bit over half an inch", she must have been thinking of a centimeter instead. (A centimeter is about 4/10th of an inch. A millimeter is about 1/25th of an inch.) Most educated people know the difference, and I am surprised nobody caught this.

I'll send you a few articles on the subject under separate cover. I am going to pass your package along to our pediatrician, Dr. Peters. This is as far as I can go with this one unless you need me to testify pro bono, which I hope will not be necessary. I would encourage other decent physicians to come forward in your defense. We all make mistakes, and no expert is infallable. I would hope that those who were involved in your prosecution will do the right thing.

There is no charge for this note. Its contents are all true under penalty of perjury. I am licensed in Kansas and Missouri and boarded in both anatomic and clinical pathology.

Sincerely,

Ed Friedlander MD

Edward R. Friedlander MD

42-B