Roger D. Bryant
P.O.Box 8274
Cranston, R.I. 02920

06-321 ML

FILED

2006 NOV 15 A 11: 29

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Jacob Hagopian Senior Magistrate Judge
United States District Court
One Exchange Terrace
Providence, R.I. 02903

November 10,2006

Dear Judge Hagopian

I wrote to you on November 03,2006 stating to you thst your Report and Recommendation that was sent to me was "incomplete". It only contained eight page's. I asked that a complete Report be sent to me.

Sir; From what I read in the eight page's that I do have, I have no doubt that I will be appealing your recommendation. However, I will not be able to perfect an appeal untill I recieve a complete copy.

I hope that because I was not sent a complete copy of the Report that because I didn't file my notice of appeal that it is considered waived? Thank you for your time and consideration in this matter.

Sincerely

Roger D. Bryant

C.C. Virginia M. McGinn, Assistant Attorney General.