UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROGER D. RBYANT

V

C.A. No. 06 - 321 ML

A.T. WALL, DIRECTOR, RHODE
ISLAND DEPARTMENT OF CORRECTIONS

PETITIONER'S REQUEST FOR EXTENTION
OF TIME TO OBJECT TO
MAGISTRATE'S REPORT AND RECOMMENDATIONS

Now comes the Petitioner in the above entitled matter and states that because Petitioner did not recieve the "complete report" form the magistrate untill November 15,2006, Petitioner request of this Court to extend the ten (10) day filing date from the November 01,2006 date on the report to begin on November 15,2006 when Petitioner recived said report.

Petitioner also request of this Court for an extention of thirty (30) days beyond the ten days so that Petitioner can try to perfect an appeal/ Petitioner state the following in support.

1) Petitioner is not trained in the law.

2) The prison library is inadequate for Petitioner to research the law properly.

3) Petitioner was denied counsel.

Respectfully Submitted

Roger D. Bryant

ROGER D. BRYANT, PRO-SE
P.O.Box 8274
Cranston, R.I. 02920

CERTIFICATION

I, Roger D. Bryant, Petitioner hereby state that I have sent a true copy of the within request to the department of the Attorney General at 150 South Main Street, Providence, R.I. 02903 on this 16th day of November 2006

Roger D. Bryant

ROGER D. BRYANT, PRO-SE
11/16/2006

STATES DISTRICT COURT

Hasler

$00.870
11/13/2006
Mailed From 02903
US POSTAGE