UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ROGER D. BRYANT

v. CA 06-321 ML

A.T. WALL, Director,
Rhode Island Department of Corrections

ORDER

This matter is before the Court on Petitioner's objection to the Report and Recommendation issued by Senior United States Magistrate Judge Hagopian. This Court has reviewed the Report and Recommendation and Petitioner's objection. The Court finds Petitioner's objection to be without merit. Further, the Court finds that the factual findings and legal conclusions contained in the Report and Recommendation are amply supported by the record. Accordingly, this Court adopts the Report and Recommendation in its entirety.

The Petition for Writ of Habeas Corpus is hereby DISMISSED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 5 , 2006