# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ROGER D. BRYANT**

**VS.** **C.A. NO. 06-321ML**

**A.T. WALL, Director of the Rhode Island Department of Corrections**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, A.T. Wall, Director of the Rhode Island Department of Corrections, against the plaintiff, Roger D. Bryant, per the Order dated December 5, 2006 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian dated November 1, 2006 pursuant to Title 28 U.S.C. § 636(b)(1). The petition for Writ of Habeas Corpus under Title 28 U.S.C. § 2254 is hereby DISMISSED.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: December 5, 2006