UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROGER D. BRYANT

V

C.A.No: 06-321 ML

A.T.WALL, DIRECTOR OF
RHODE ISLAND DEPARTMENT OF CORRECTIONS

NOTICE OF APPEAL

Now comes the appellant, Roger D. Bryant, and states that he wishes to appeal the State of Rhode Islan's District Court decision on December 05,2006 dismissing Appellant's Habeas Corpus 28 U.S.C. 2254 petition.

Appellant states that he is not educated in the Law and lacks the ability to prefect an appeal on his own. Therefore, Appellant request that this Court assign counsel to assist Appellant so Appellant's due process rights are protected.

Denied. Mary M. Lisi USDJ 12/18/06

Respectfully Submitted
Roger D. Bryant
ROGER D. BRYANT, PRO-SE
P.O.Box 8274
Cranston, R.I. 02920

CERTIFICATION

I, Roger D. Bryant, Pro-se, do hereby certify that a true copy of this Motion was sent by regular mail to the United States District Court of Rhode Island at One Exchange Terrace, Providence R.I. 02903, to United States Court of Appeals, John Joseph Moakley U.S. Courthouse One Courthouse Way, Suit 2500, Boston, Mas. 02210 and to the Office of the Rhode Island Attorney General at 150 South Main Street, Providence, R.I. 02903 on this 12th day of December 2006.

Respectfully Submitted
Roger D. Bryant
P.O.Box 8274
Cranston, R.I. 02920

19