UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROGER D. BRYANT, PETITIONER

V

ASHBEL T. WALL, DIRECTOR OF
THE DEPARTMENT OF CORRECTIONS

C.A.No: 06-2773

Dear Clerk;

I recieved the enclosed in the mail on 01/03/07 instructing me to request this Court for a certificate of appealability. The Appellant has continusly asked for an attorney because Appellant is not educated in the Law in order to protect his rights. Appellant will not rely on prison inmate law clerks to represent Appellant in instructing Appellant as what to do. Therefore, Appellant, again, ask's for the assistance of an attorney to protect his right's

Roger D. Bryant
ROGER D. BRYANT
01/05/07

CERTIFICATION

I, Roger D. Bryant, Appellant, has sent a copy of the within to Virginia M. McGinn, assistance attorney General for the State of Rhode Island, Appellee, on this 5th day of January 2007.

Roger D. Bryant
ROGER D. BRYANT

**C.C. U.S. District Court of Appeals**
**Boston, Ma.**