# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 06-2773

ROGER D. BRYANT

Petitioner - Appellant

v.

ASHBEL T. WALL, Director of the Department of Corrections

Respondent - Appellee

ORDER OF COURT

**Entered: 12/28/06**
**Pursuant to 1st Cir. R. 27.0(d)**

This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. Sec. 2254. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. Sec. 2253. A request for a certificate of appealability must first be sought in the district court. See 1st Cir. R. 22.1(a).

It does not appear that petitioner-appellant has filed a request for a certificate of appealability in the district court. Accordingly, we direct petitioner-appellant to apply for a certificate of appealability from the district court forthwith. We further order petitioner-appellant to file a status report in this court by **1/29/07** and every thirty days thereafter, informing us that he has applied for a certificate in the district court and advising us of the status of that application. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the application for a certificate.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

To: Roger Bryant

cc: Virginia M. McGinn