06-00321
USDCRI
L151

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2773

ROGER D. BRYANT,

Petitioner, Appellant,

v.

ASHBEL T. WALL, DIRECTOR OF THE DEPARTMENT OF CORRECTIONS,

Respondent, Appellee.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: May 15, 2007

Essentially for the reasons given by the magistrate judge in his report and recommendation, dated November 1, 2006, petitioner's request for a certificate of appealability is denied and this appeal is terminated.

Petitioner's request that this court reconsider its denial of his request for appointment of counsel is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 8/27/07

[cc: Roger Bryant, Virginia M. McGinn, AAG]